USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                       :

In re Application of                                    :
ANDREW RIPPERT                                 :
For an Order to Take Discovery Pursuant to 28   :
U.S.C. § 1782(a)                                     :                               1:18-mc-524
                                                            :
------------------------------------------------------------ X             ORDER

GREGORY H. WOODS, United States District Judge:

       The Court has reviewed the Ex Parte Application of Andrew Rippert for Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"). The Court will not grant the requested relief *ex parte*. Accordingly, Petitioner is directed to serve the Application and this order on the intended respondent no later than November 22, 2019, and to retain proof of service. Any opposition to the application must be served no later than December 5, 2019. Petitioner's reply, if any, is due no later than December 12, 2018. The Court will hold a hearing on the Application on December 19, 2019 at 3:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

       SO ORDERED.

Dated: November 14, 2019
       New York, New York

                                                          _____
                                                             GREGORY H. WOODS
                                                           United States District Judge