USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2019

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | |
| SOUTHERN DISTRICT OF NEW YORK | | |

------------------------------------------------------------ X
                                                             :
In re Application of                                         :
ANDREW RIPPERT                                               :      1:19-mc-524
For an Order to Take Discovery Pursuant to 28                :
U.S.C. § 1782(a)                                             :      ORDER
                                                             :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On December 19, 2019, the Court held a hearing during which it read into the record its ruling on Petitioner's request to take discovery pursuant to 28 U.S.C. § 1782. For the reasons, and to the extent, articulated on the record, Petitioner's request is denied.

The Clerk of Court is directed to terminate the request pending at Dkt. No. 6 and to close this matter.

SO ORDERED.

Dated: December 19, 2019
       New York, New York

_____
GREGORY H. WOODS
United States District Judge